WALTER R. BEARDSLEE, Individually and as Cotrustee of the DRUSILLA W. BEARDSLEE FAMILY TRUST, et al., Respondents, v INFLECTION ENERGY, LLC, et al., Appellants.

Decided August 28, 2014

*See* 761 F3d 221.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.